**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LYNNE M. ENGLISH,** | ) | |
| | ) | **Case No. 1:09-CV-00298** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Judge Ann Aldrich** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | **Magistrate Judge Perelman** |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| | ) | |

On February 9, 2009, Lynne M. English filed a complaint seeking judicial review of the defendant's final determination denying English's claims for disability benefits [dkt. 1]. The case was referred to Magistrate Judge Perelman for a Report and Recommendation (R&R). On January 12, 2010 the R&R was filed, recommending that the defendant's final determination be reversed, and the matter remanded for further proceedings pursuant to 42 U.S.C. § 405(g) [dkt. 24].

On January 25, 2010, the government filed a response to the R&R indicating that the government would not be filing any objections to the R&R [dkt. 25]. Therefore, this court adopts the R&R in its entirety, and for the reasons stated therein, reverses and remands the matter for further proceedings pursuant to 42 U.S.C. § 405(g).

IT IS SO ORDERED.

*/s/ Ann Aldrich*
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

**Dated: January 27, 2010**